IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **TYPENEX CO-INVESTMENT,**  <br><br>        Plaintiffs,  <br><br>v.  <br><br>**UBIQUITY; CHRISTOPHER CARMICHAEL,**  <br><br>        Defendants. | ORDER OF RECUSAL  <br><br>Case No.  2:15CV577DAK  <br><br>Judge Dale A. Kimball |

    I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

    DATED this 25th day of August, 2015.

                                BY THE COURT:

                                _____
                                DALE A. KIMBALL
                                United States District Judge