James L. Ahlstrom (8704)
 *jahlstrom@parrbrown.com*
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840

Jonathan K. Hansen (12349)
 *jhansen@hbaalaw.com*
Joshua C. Horrocks (14680)
 *jhorrocks@hbaalaw.com*
HANSEN BLACK ANDERSON ASHCRAFT PLLC
3051 West Maple Loop Drive, Suite 325
Lehi, Utah 84043
Telephone:  (801) 922-5000
Facsimile: (801) 922-5019

*Attorneys for Plaintiff Typenex Co-Investment, LLC*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TYPENEX CO-INVESTMENT, LLC, a Utah Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>UBIQUITY, INC., a Nevada Corporation, and CHRISTOPHER CARMICHAEL, an individual<br><br>Defendants. | **NOTICE OF DISMISSAL OF LAWSUIT, WITHOUT PREJUDICE**<br><br><br>Case No. 2:15-cv-00577<br><br>Judge Jill N. Parrish |

Plaintiff Typenex Co-Investment, LLC ("Typenex"), through its undersigned legal counsel, hereby submits this notice of dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  The dismissal results from appointment of an arbitrator who has

confirmed his willingness to arbitrate this matter.  Accordingly, the dispute, including requested injunctive relief, will be decided in that forum.

SIGNED and DATED: September 4, 2015

PARR BROWN GEE & LOVELESS, P.C.

/s/ James L. Ahlstrom
Attorneys for Plaintiff

4837-0902-9160, v.  1